**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JOSE RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:09-cv-03640 |
| ) | |
| H & P CAPITAL, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, JOSE RODRIGUEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,
DATED: July 21, 2009            KROHN & MOSS, LTD.

By:___/s/Adam T. Hill_____
Adam T. Hill
KROHN & MOSS, LTD.
Attorney for Plaintiff
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
(312) 578-9428

NOTICE OF SETTLEMENT                                     1