## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSE RODRIGUEZ, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. Case 1:09-cv-03640 |
| | ) |
| H & P CAPITAL, INC, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

### NOTICE OF VOLUNTARY DISMISSAL

JOSE RODRIGUEZ, (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, H & P CAPITAL, INC (Defendant), in this case.

DATED: September 1, 2009          KROHN & MOSS, LTD.

　　　　　　　　　　　　　　　　By:_____/s/ Adam J. Krohn_____ _____
　　　　　　　　　　　　　　　　　　[ ]Adam J. Krohn
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　Krohn & Moss, Ltd.
　　　　　　　　　　　　　　　　　　10474 Santa Monica Blvd, Suite 401
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90025